UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14042-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLINTON BRANDON STORY,

    Defendant.
_____/

### REPORT AND RECOMMENDATION ON VIOLATION NUMBER 3 OF THE PETITION FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** having come before the Court for a final hearing on September 30, 2020 with respect to the Petition for Offender under Supervision (the "Petition") (DE 310), and this Court having convened a hearing, recommends to the District Court as follows:

1. Defendant appeared before this Court for a final hearing on Violation Number 3 of the Petition. Violation Number 3 alleges:

| | |
|---|---|
| **Violation Number 3** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about May 19, 2020, in Indian River County, Florida, the defendant did commit the offense of possession of a controlled substance without a prescription, contrary to Florida Statute 893.13(6)(a). |

2. The hearing was convened via video teleconference on the Zoom platform. At the hearing's outset, Defendant was advised of his right to appear in person for the proceeding. Defendant acknowledged that he understands that right and, after consultation with counsel, agreed to waive that right and consented to have the hearing conducted through video teleconference. Having discussed the matter with the Defendant, this Court finds that his waiver of in person

appearance and consent to proceed through video teleconference is knowing and voluntary. The Court also finds, pursuant to the CARES Act, H.R. 788, and the Court's Administrative Orders In re: Coronavirus Public Emergency, that this hearing cannot be further delayed without serious harm to the interests of justice.

3. Proceeding by proffer, the Government stated that on May 20, 2020, Deputy Nickolas Hatton of the Indian River County Sheriff's Office responded to a suspicious person complaint. The complainant advised that a white male was driving slowly around the neighborhood and had been seen walking around houses and looking into yards. Deputy Hatton located the male, later identified as the Defendant. Deputy Hatton observed Defendant to be fidgety and Defendant appeared to be under the influence of an unknown narcotic. Deputy Hatton asked Defendant for consent to search his pockets and Defendant agreed. The following items were found on Defendant during the search: two plastic baggies containing a white crystal-like substance; an aluminum wrapper containing a white, crystal-like substance; and a used syringe. The crystal-like substance field tested positive for methamphetamine. The Defendant was placed under arrest. The Defendant has been charged in Case Number 312020CF000592A in the Nineteenth Judicial Circuit Court in and for Indian River County, Florida with possession of a controlled substance without a prescription in violation of FL ST § 893.13(6)(a) and use or possession of drug paraphernalia in violation of FL ST 893.147(1). The state case remains pending.

4. The Defendant did not seek to cross-examine any witnesses. Defendant also did not present any witnesses or evidence.

5. This Court has considered the Government's evidence, which was admitted without objection or cross-examination, and finds that it establishes by a preponderance of the evidence

that the Defendant committed Violation Number 3. The Government indicated that it intends to dismiss Violation Numbers 1, 2, 4 and 5 at sentencing.

6. The possible maximum penalties faced by the Defendant were read into the record by the Government, and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant be found to have violated his supervised release with respect to Violation Number 3, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this __5th__ day of October, 2020.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE