**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 13-14042-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLINTON BRANDON STORY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation [D.E. 319] on Violation Number 3 of the Petition for Offender Under Supervision [D.E. 310].

**THIS MATTER** was assigned to the Honorable United States Magistrate Judge Shaniek M. Maynard. On October 5, 2020, Magistrate Judge Maynard issued a Report and Recommendation recommending that Defendant be found to have violated his supervised release with respect to Violation Number 3 [D.E. 319].

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties have 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court. Failure to file timely objections shall bar the Parties from a de novo determination by the District Court of issues covered in the Report and Recommendation and bar the Parties from attacking on appeal the

1

factual findings contained therein.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

## OBJECTIONS AND RESPONSES

Defendant filed a noticed of no objection to the Magistrate Judge's Report and Recommendation [D.E. 320].

## THE COURT'S RULING

After a careful review of the record, this Court affirms the Report and Recommendation because it demonstrates an exhaustive review of the record and makes findings consistent with the law. Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Shaniek M. Maynard's Report and Recommendation [D.E. 319] is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that Defendant Clinton Brandon Story is found to have violated his supervised release with respect to Violation 3 of the Petition.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of October, 2020.

                                          s/ Donald L. Graham_____
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

cc:  All counsel of record